IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STONIE FRANK STEWART**                                             **PETITIONER**

**VS.**                                                          **CIVIL ACTION NO. 4:04CV8LS**

**LAWRENCE KELLY**                                                **RESPONDENT**

---

## **JUDGMENT**

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about November 17, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims should be, and the same are hereby, dismissed with prejudice.

SO ORDERED this the 11th day of January, 2007.

                                            /s/ Tom S. Lee
                                            UNITED STATES DISTRICT JUDGE